JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS GUILLERMO SALINAS, et al.,**<br><br>Defendants. | Case No. CV 13-03209 WDK-PLA<br><br>**JUDGMENT** |

    Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Carlos Guillermo Salinas and Lidia Esperanza Salinas, individually and d/b/a La Isla Bonita Salvadorian and Mexican Food, upon the Court's grant of summary judgment in favor of plaintiff.

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. Defendants Carlos Guillermo Salinas and Lidia Esperanza Salinas, individually and d/b/a La Isla Bonita Salvadorian and Mexican Food, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

///

///

1
2       IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
3  mail or by telefax or by email, copies of this Judgment on counsel for the
4  defendant or the pro se defendants in this matter.
5
6
7  Dated: January 5, 2015
8                                      _____
9                                      William Keller
10                                     United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28